EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2017 TSPR 74 |
|---|---|
| Carlos A. Pérez Irizarry | 197 DPR ____ |

Número del Caso: TS-8030


Fecha: 11 de mayo de 2017


Abogado del Peticionario:

         Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos A. Pérez Irizarry                    TS-8030

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de mayo de 2017.

Examinada la *Petición de Reinstalación y Notificación de Cumplimiento* presentada por el peticionario, se reinstala al Lcdo. Carlos A. Pérez Irizarry al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretaria del Tribunal Supremo